# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **RONALD STRINGER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:20-cv-222 |
| § | |
| **CHENIERE ENERGY, INC. and AIR RESOURCES AMERICAS, L.L.C. d/b/a AIRSWIFT,** § § § | |
| § | |
| Defendants. § | |

**INDEX OF EXHIBITS TO NOTICE OF REMOVAL TO FEDERAL COURT**

| Exhibit No. | Description of Document | Date Filed (if Applicable) |
|---|---|---|
| Exhibit A | Index of Exhibits to Notice of Removal | |
| Exhibit B | State Court Docket Sheet | |
| Exhibit C | State Court Filings | |
| Exhibit C-1 | Plaintiff's Original Petition | July 22, 2020 |
| Exhibit C-2 | Citation Issued | July 27, 2020 |
| Exhibit C-3 | Defendant's Answer to Original Petition | August 17, 2020 |
| Exhibit D | Notice of Filing Notice of Removal | To be filed. |
| Exhibit E | List of Counsel of Record | |
| Exhibit F | Declaration of Michael J. Lombardino | August 27, 2020 |
| Exhibit G | Plaintiff's Original Petition | July 22, 2020 |

1