IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **RONALD STRINGER,** § § *Plaintiff*, § § v. § **CIVIL ACTION No. 2:20-CV-222** § **CHENIERE ENERGY, INC. and SWIFT** § **TECHNICAL SERVICES LLC d/b/a** § **AIRSWIFT.** § § *Defendants*. § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Ronald Stringer ("Plaintiff") and Defendants Swift Technical Services LLC d/b/a Airswift and Cheniere Energy, Inc. ("Defendants") hereby stipulate and agree to the voluntary dismissal, *with prejudice*, of this action against Defendants.

1   Plaintiff filed the above-styled and numbered cause of action (the "Lawsuit") on July 22, 2020.[1] Defendants filed their Answer on August 17, 2020. Defendants have asserted no counterclaims against Plaintiff in this lawsuit.

2   Plaintiff and Defendants (collectively the "Parties") together have resolved all matters in dispute between them, which form the basis of this Lawsuit.

3   Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4   Plaintiff and Defendants jointly stipulate to the voluntary dismissal of this Lawsuit, including all claims and causes of action against Defendants that Plaintiff asserted or could have asserted against Defendants in this Lawsuit *with prejudice* to refiling same.

---

[1] The case was originally filed in San Patricio County Texas state court and was removed to the Southern District of Texas, Corpus Christi Division.

5. Although the dismissal of this Lawsuit is effective upon filing of this Joint Stipulation, the Parties respectfully request that the Court enter the Agreed Order of Dismissal with Prejudice, attached as "Exhibit 1" to this Joint Stipulation.

DATED: August 11, 2021

/s/ Jennifer J. Spencer *
Jennifer J. Spencer, *Attorney in Charge*
Texas Bar No. 10474900
S.D. Texas No. 16372
jspencer@jacksonspencerlaw.com
James E. Hunnicutt, Of Counsel
Texas Bar No. 24054252
S.D. Tex. No. 2848803
jhunnicutt@jacksonspencerlaw.com

**JACKSON SPENCER LAW PLLC**
Three Forrest Plaza
12221 Merit Drive, Suite 160
Dallas, Texas 75251
Telephone: (972) 458-5301
Facsimile: (972) 770-2156

**ATTORNEYS FOR PLAINTIFF**

* *with permission*

Respectfully submitted,

/s/ *Michael J. Lombardino*
Michael J. Lombardino, *Attorney in Charge*
Texas Bar No. 24070159
S.D. Tex. No. 1580053
mlombardino@reedsmith.com
Modinat "Abby" Kotun, Of Counsel
Texas Bar No. 24084645
S.D. Tex. No. 2470639
akotun@reedsmith.com
Jessyka Linton, Of Counsel
Texas Bar No. 24116675
S.D. Tex. No. 3514145
jlinton@reedsmith.com

**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I filed a true and correct copy of the foregoing via the Court's ECF system, which constitutes service on all parties of record.

/s/ *Michael J. Lombardino*