Case 2:20-cv-00222   Document 25   Filed on 08/11/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD STRINGER, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00222 |
| CHENIERE ENERGY, INC., *et al*, | § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (D.E. 24), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 11th day of August, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE